**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ALFRED BOURGEOIS, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Civil Action No. 12-0782 (TSC) |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

# NOTICE OF SCHEDULING EXECUTION

The United States hereby notifies the Court that the Acting Director of the Federal Bureau of Prisons, upon the direction of the Attorney General, has scheduled the execution of Plaintiff Alfred Bourgeois for January 13, 2020, in accordance with 28 C.F.R. Part 26.

Dated: July 25, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JAMES M. BURNHAM
Deputy Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director
Federal Programs Branch

DANIEL HALAINEN
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, DC 20530

JESSIE K. LIU
United States Attorney

DANIEL F. VAN HORN
Civil Chief
U.S. Attorney's Office

/s/ *Denise M. Clark*
DENISE M. CLARK, D.C. Bar No. 479149
Assistant United States Attorney
U.S. Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
202-252-6605
Denise.Clark@usdoj.gov

*Counsel for Defendants*