**IN THE DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ALFRED BOURGEOIS,** : | |
| : | |
| Plaintiff : | |
| : | |
| V. : | Civil Action No. 1:12-cv-782-TSC |
| : | |
| **UNITED STATES DEPARTMENT** : | |
| **OF JUSTICE, et al.** : | |

## PARTIES' JOINT STATUS REPORT

The parties, through undersigned counsel, respectfully submit this Status Report pursuant to the Court's August 5, 2019, Minute Order.

On July 25, 2019, Defendants filed the Notice of Adoption of Revised Protocol in this case. (ECF. 18). On the same date, Defendants filed Notice of Scheduling Execution of Plaintiff Alfred Bourgeois for January 13, 2020. (ECF 19).

Last week, counsel for the Defendants conferred with counsel for the Plaintiff. The parties agree that numerous issues are outstanding. Although the discussion was productive, the parties were not able at this early date to finalize their own positions, or come to consensus without some direction from the Court. The parties will be prepared to elaborate on such issues at the Status Conference scheduled for August 15, 2019.

| | |
|---|---|
| JESSIE K. LIU<br>United States Attorney<br><br>DANIEL F. VAN HORN<br>Civil Chief<br><br>/s/ *Denise M. Clark*<br>DENISE M. CLARK<br>D.C. Bar No. 479149<br>Assistant United States Attorney<br>U.S. Attorney's Office for the<br>  District of Columbia<br>Civil Division<br>Washington D.C. 20530<br>Tel: (202) 252-6605<br>Email: Denise.Clark@usdoj.gov | Alex Kursman<br>Assistant Federal Defender<br>Shawn Nolan<br>Chief, Capital Habeas Unit<br>Federal Community Defender Office for<br>the Eastern District of PA<br>601 Walnut Street, Suite 545 West<br>Philadelphia, PA 19106<br>(215) 928-0520<br>Alex_Kursman@fd.org<br>Shawn_Nolan@fd.org<br>Counsel for Plaintiff Alfred Bourgeois |

JOSEPH H. HUNT
Assistant Attorney General

JAMES M. BURNHAM
Deputy Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director
Federal Programs Branch

DANIEL HALAINEN
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, DC 20530

Counsel for Defendants